AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

ROBERT H. MAGOON,

v.

STATE OF WASHINGTON, DIVISION OF CHILD AND FAMILY SERVICES

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-318-EFS

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED is entered in favor of Defendant without prejudice.

January 19, 2012
*Date*

JAMES R. LARSEN
*Clerk*
s/ Virginia Reisenauer
*(By) Deputy Clerk*
Virginia Reisenauer